No. 51443.—Protests 108207–K, etc., of Jos. Markovits, Inc., et al.   (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, DECEMBER 4, 1946

No. 51444.—Protests 12964–K, etc., of Butler Bros. et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51445.—Protests 992042–G, etc., of L. Batlin & Son, Inc., et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 4, 1946

No. 51446.—Protests 772712–G, etc., of Van Raalte & Co., Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of United States v. Julius Kayser & Co. (33 C. C. P. A. 179, C. A. D. 333).   In accordance therewith the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 4, 1946

No. 51447.—Protests 113336–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in Tower & Sons v. United States (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.